# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) **ORDER** |
| Plaintiff, | **)** |
| | ) |
| v. | ) |
| | ) |
| Barrett Clair Prody, | )   Case No. 3:24-cr-064 |
| | ) |
| Defendants. | ) |

On April 19, 2024, the court convened a combined arraignment and detention hearing for Defendant. At the outset of the proceedings, Defendant requested in open court that court continue the detention hearing. For the reasons articulated on the record, Defendant's request **is GRANTED**. Defendant's detention hearing shall be rescheduled for April 22, 2024, at 3:00 PM (Fargo Courtroom #2 to Grand Forks).

.   **IT IS SO ORDERED.**

Dated this 19th day of April, 2024.

                                                     */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court